IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. 25-CV-01804-RTG
(To be supplied by the court)

Raisela Rae Rodriguez, Plaintiff

v.

Nicholas Daversa,

Scott Jakubielski,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes  X  No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

PRISONER COMPLAINT  *Amended*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Raisela Rae Rodriguez P00010475/9
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
_X_ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Nicholas Daversa - police officer
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Was a active duty officer of the Lakewood Police Department.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

2

Defendant 2: **Scott Jakubielski / Police Officer**
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:

**Was a active duty officer of Lakewood police department.**

Defendant 2 is being sued in his/her **X** individual and/or **X** official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? **X** Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

**X** State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

3

D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Violation of 4th & 14th Amendments

Claim one is asserted against these Defendant(s):


Supporting facts:

Officers Nicholas Daversa and Scott Jakubielski detaind me on 3/28/25 and used excessive/agressive force resulting in bodily harm.

All charges were dismissed that were alleged by the officers as well demonstrating violation of my 14th amendment as well Bodycam footage will prove my alligations as true.

4

E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   _____

Docket number and court:  _____

Claims raised:   _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:   _____

Result on appeal, if appealed:   _____


F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _X_ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Restitution determined by the court for malicious prosecution, violations of 4th & 14th amendments resulting in unlawful detainment causing emotional/physical duress.

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

Sept 14, 2025
(Date)

(Revised November 2022)

Aug 1, 2025

On March 28, 2025 I Raisela Rodriguez was approached on 1580 Routt St by agents Nicholas Daversa and Scott Jakubielski at 1580 Routt Street in Lakewood Colorado who were dispatched via 3rd party on a unknown compliant. They approached me while I was charging my phone at a townhouse aprox 4 1/2 feet from the sidwalk. They proceeded to ask me what I was doing at this location and I informed them that I was charging my phone to have access to the RTD application that contained my bus fare. I informed them that I would leave immeadeatly to the bus stop that was less then 50 yards away. As I unplugged my phone and walked away the agents followed and demanded I stop and provide them with Identification. At this time I contested and asked why they were insisting on interrogating me when I clearly was NOT violating the law and asked if I was being charged with trespassing

by this point the situation turned fraught and the officers insisted on ID but would NOT clarify why or what the issue was or state what alleged crime was commited. I continued to inform them that I was going to continue to the bus stop as planned if they would NOT tell me what I was being carged with. I attempted to walk away and leave the location when the 3 officers tackled me to the ground (3rd agents name is unknown) and pinned me there for over 10 minutes doing SOMETHING questionable behind my back as I was on the ground screaming and hysterical for them to get off me till I was rendered breathless from the kneese on my back. The incident caused multipul wounds, bruises, nerve damage and mental anguish. Bodycam footage should document the incident and will demonstrate the amount of forced used was unnecessary and exessive.

The LPD officers through their own actions violated constitutional rights of the 4th and 14th amendments. They demonstrated questionable intent by utilizing detention policy NOT FOR neutral investigation reasons, but for the purpose of discriminating unwarranted or provoked, resulting in criminal allegations/charges that were procedurally improper and substantively without merit.

I respectfully request the de novo be implemented and that ALL evidence be evaluated as they are entitled to fair judgement as a matter of Law.

Respectfully

*Raisela Rae Rodriguez*

Raisela Rae Rodriguez



Raihla Rodriguez #P00 #1047519
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

U.S. District Court
901 19th Street Rm A105
Denver, CO 80294

Legal Mail